# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>DONNIE RAY. SCHULTZ, )<br>    Defendant. ) | Case No.  CR-16-28-C |

## TURNOVER ORDER

Upon consideration of the United States' motion, pursuant to 18 U.S.C. §§ 3613(a) and 3664(n), requesting the Court to enter an order directing the Bureau of Prisons to turnover to the Clerk of Court funds held in the inmate trust account for Defendant Donnie Ray Schultz, Register No. 31172-064, as payment for the criminal monetary penalties imposed in this case. For cause shown and without objection, said motion is granted.

The Bureau of Prisons shall turnover all funds in Defendant's inmate trust account up to $1,917.62 and make payable by check and delivered to the Clerk of the Court, United States District Court, 200 N.W. 4th Street, Ste. 1210, Oklahoma City, Oklahoma 73102. The check bearing case number CR-16-28-C shall be delivered within 15 days from the date of this order. The Clerk of the Court shall apply these funds as payment towards the criminal monetary penalties owed by Defendant in this case.

IT IS SO ORDERED this 22nd day of February, 2022.

_____
ROBIN J. CAUTHRON
United States District Judge